FULL NAME
LEVI ADAM BESHEER
COMMITTED NAME (if different)

FULL ADDRESS INCLUDING NAME OF INSTITUTION
W.V.D.C. 9500 N.ETIWANDA AVE.
RANCHO CUCAMONGA CA.91739
PRISON NUMBER (if applicable)
BK.#0703344215

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

LEVI ADAM BESHEER,

PLAINTIFF,

v.

GARY PENROD & CAPTAIN FONZI& DR.HAGA
SAN BERNARDINO COUNTY SHERIFF DEPT.

DEFENDANT(S).

CASE NUMBER

ED CV 08 - 00026 DSF (JC)

To be supplied by the Clerk

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*
☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes   ☒ No

2. If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a.  Parties to this previous lawsuit:                              ( NA. )
    Plaintiff _____

    _____

    Defendants _____

    _____

b.  Court _____

    _____

c.  Docket or case number _____ ( NA. ) _____

d.  Name of judge to whom case was assigned _____

e.  Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it

    appealed? Is it still pending?) _____

f.  Issues raised: _____

    _____

    _____

g.  Approximate date of filing lawsuit: _____

h.  Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1.  Is there a grievance procedure available at the institution where the events relating to your current complaint
    occurred? ☒ Yes   ☐ No

2.  Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes   ☐ No

    If your answer is no, explain why not _____

    _____

    _____

3.  Is the grievance procedure completed? ☒ Yes   ☐ No

    If your answer is no, explain why not _____

    _____

4.  Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff _____ LEVI ADAM BESHEER _____
                                                              (print plaintiff's name)
who presently resides at 9500 N. ETIWANDA AVE. RANCHO CUCAMONGA CA.91739 ,
                         (mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at

WEST VALLEY DETENTION CENTER _____
                            (institution/city where violation occurred)

on (date or dates) __MARCH 2007__ , __OCTOBER 2007__ , __OCTOBER 2007__ .
              (Claim I)         (Claim II)     (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant   GARY PENROD _____ resides or works at
(full name of first defendant)

9500 N.ETIWANDA AVE. RANCHO CUCAMONGA CA.91739
(full address of first defendant)

SAN BERNARDINO COUNTY SHERIFF
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual   ☒ official capacity.

Explain how this defendant was acting under color of law:

NEGLIGENCE PER SE, NON SUPERVISION OF HEALTH & SAFETY STANDARDS UNDER

HIS COMMAND.

2. Defendant   CAPTAIN FONZI _____ resides or works at
(full name of first defendant)

9500 N.ETIWANDA AVE. RANCHO CUCAMONGA CA.91739
(full address of first defendant)

FACILITY CAPTAIN OF WEST VALLEY DETENTION CENTER
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual   ☒ official capacity.

Explain how this defendant was acting under color of law:

NEGLIGENCE PER SE, NON SUPERVISION OF HEALTH AND SAFETY STANDARDS
OF WEST VALLEY DETENTION CENTER,DIRECTLY UNDER HIS COMMAND

3. Defendant   DR.HAGA _____ resides or works at
(full name of first defendant)

9500 N.ETIWANDA AVE.RANCHO CUCAMONGA CA.91739
(full address of first defendant)

WEST VALLEY MEDICAL CARE DOCTOR
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual   ☒ official capacity.

Explain how this defendant was acting under color of law:

DELIBERATE INDIFFERENCE TO SERIOUS MEDICAL NEEDS

4.  Defendant _____ resides or works at
    (full name of first defendant)

    _____
    (full address of first defendant)

    _____
    (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

    Explain how this defendant was acting under color of law:

    _____

    _____

5.  Defendant _____ resides or works at
    (full name of first defendant)

    _____
    (full address of first defendant)

    _____
    (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

    Explain how this defendant was acting under color of law:

    _____

    _____

**D. CLAIMS***

**CLAIM I**

The following civil right has been violated:

PLAINTIFF  HAS  BEEN  KNOWINGLY  SUBJUGATED  BY  INCARCERATION  WHERE  LIFE

THREATEN  HEALTH  CONDITIONS  PERSIST  WITHOUT  MEANINGFUL  DETERRENT  OR

WARNING...CAUSING  UNRESTRICTED  MENTAL  &  EMOTIONAL  SUFFERING  AND  UNDUE

PHYSICAL  HARM,CREATING  CRUEL  AND  UNUSAL  PUNISHMENT  INVIOLATION  OF  THE

8th  AMENDMENT  TO  THE  U.S.CONSTITUTION....MOREOVER  PLAINTIFF  SUFFERS  FROM

THE  DELIBERATE  INDIFFERENCE  OF  THE  MEDICAL  STAFF  TO  PROVIDE  TREATMENT

FOR   A  SERIOUS  LIFE  THREATEN  DISEASE  PLAINTIFF  WAS  EXPOSED  TO  WHILE

IN  THE  CARE  OF  THE  SHERIFF  DEPARTMENT.

Supporting Facts:  Include all facts you consider important.  State the facts clearly, in your own words, and without citing legal authority or argument.  Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

PLAINTIFF,A  PRETRIAL  DETAINEE  WAS  INCARCERATED  AT  WEST  VALLEY  DETENTION

CENTER  (HEREINAFTER  W.V.D.C.)  IN  March 2007.  BASED  ON  W.V.D.C.  CLASSIFICATION

PLAINTIFF  WAS  PLACED  IN  A  HIGH  SECURITY  UNIT,IN  SAID  UNIT  IT  IS  DEEM  A

CRIME  PUNISHED  BY  LAW  TO  USE  OR  POSSESS  A  DISPOSAL  RAZOR  AS  THE  OTHER  UNITS.

SUBSEQUENTLY  W.V.D.C  PROVIDE  A  RECHARGEABLE  SHAVER  AND  BARBER  CLIPPERS

ON  A  DAILY  BASE.  THIS  EQUIPMENT  IS  SHARED  BY  APPROXIMATELY  90  INMATES

WITHOUT  THE  STANDARD  REQUIRED  DISINFECTANT...AS  A  DIRECT  RESULT  OF

PLAINTIFF  MAINTAINING  GROOMING  STANDARDS  BY  USE  OF  THIS  EQUIPMENT, PLAINTIFF

HAS  TESTED  POSITIVE  FOR  HEPATITIS-C...PLAINTIFF  IS  100%  CERTAIN  HE  WAS

EXPOSED  IN  THE  INSTITUTION  BECAUSE...UPON  PLAINTIFF  ARRIVAL  AT  WV.D.C.

PLAINTIFF  RECIEVED  PRESCRIBE  MEDICATIONS  (PANCREASE  MT4)  BECAUSE  OF  THE

NATURE  OF  THIS  PARTICULAR  MEDICATION,PLAINTIFF  HAD  TO  UNDERGO  MONTHLY

LEVER  PANEL  TESTING  AFTER  APPROXIMATELY  5  MONTHS  A  TEST  WAS  POSITIVE

FOR  HEPATITIS-C.  MOREOVER  PLAINTIFF  HAS  BECOME  AWARE  OF  SEVERAL  OTHER

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

SEE  ATTACHMENT  MARKED  5  A-1

INMATES HOUSED AT THE W.V.D.C. IN PARTICULAR UNIT #5,WHO IS CURRENTLY POSITIVE

WITH THE HEPATITIS -C VERUS...PLAINTIFF HAVE SOUGHT MEDICAL TREATMENT AND

WAS INFORMED THAT "UNLESS HE IS IN THE LAST STAGES OF THE DISEASE W.V.D.C

WILL NOT PROVIDE TREATMENT" MOREOVER PLAINTIFF HAS BEEN INFORMED THAT"THE

TREATMENT TAKES ONE YEAR AND EXPENSIVE"..

PLAINTIFF HAS SOUGHT HIS MEDICAL RECORDS BY A LAWFUL COURT ORDER HOWEVER

W.V.D.C. REFUSE TO COMPLY WITH SUCH ORDER[S] LEAVING PLAINTIFF WITHOUT

ANY EFFECTIVE SPEEDY REMEDY AT LAW TO ATTAIN NEEDED MADICAL TREATMENT.

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

PLAINTIFF    REQUEST  IMMEDIATE  INJUNCTIVE  RELIEF  TO  PREVENT  ANY  FURTHER
HARMS  OR  NEGLECT. · SUCH  AS  MEDICAL  TREATMENT,

PLAINTIFF  REQUEST  INJUNCTIVE  RELIEF  TO  PREVENT  FURTHER  HARM  BY  THE
USE  OF  CONTAMINATED  EQUIPMENT

PLAINTIFF  REQUEST   DECLARATORY  RELIEFE

PLAINTIFF  REQUEST   COMPENSATORY  RELIEF  IN  AN  AMOUNT  EQUATEABLE   TO
PLAINTIFFS  INJURY  AND  ALL  OTHER  RELIEFS  AS  THIS  COURT  MAY  DEEM  JUST.

12·16·07
*(Date)*

*(Signature of Plaintiff)*

DECLARATION

I, _BILLY HAROLD WALLACE SR_ ,(DECLARANT) BEING DULY SWORN DEPOSES AND STATES:


1) THAT, I AM A PRETRIAL DETAINEE HOUSED AT THE WEST VALLEY DETENTION CENTER,
IN UNIT #5 A HIGH SECURITY UNIT.

2) THAT,WEST VALLEY DETENTION CENTER PROHIBITS THE USE OF PERSONAL DISPOSAL
RAZORS AND PROVIDES A RECHARGEABLE SHAVER DAILY AND BARBER EQUIPMENT.

3) THAT,WEST VALLEY DETENTION CENTER,PARTICULARILY IN UNIT#5 DO NOT PROVIDE
ANY TYPE OF DISINFECTANT FOR THE SHAVER.

4) THAT,APPROXIMATELY 90 INMATES USE OR HAVE PHYSICAL ACCESS TO THE EQUIPMENT.

5) THAT,I PERSONALLY HAVE,OR BEEN INFORMED THAT OTHER INMATES USING THE SHAVING
OR BARBERING EQUIPMENT HAVE ACTIVE HEPATITIS-C.

6) THAT,I PERSONALLY HAVE,OR BEEN INFORMED OF OTHER INMATES WHO HAVE FILED
ADMINISTRATIVE COMPLAINTS CONCERNING THE UNSANITARY CONDITIONS OF THE EQUIPMENT.




I DECLARE THE FOREGOING IS TRUE AND CORRECT,EXECUTED THIS _15TH_ DAY OF _DEC_ ,
_2007_ , IN THE COUNTY OF SAN BERNARDINO CA.

_Billy H Wallace jr_
DECLARANT.

DECLARATION

I, ADAM LEE LOPEZ ,(DECLARANT) BEING DULY SWORN DEPOSES AND STATES:

1) THAT, I AM A PRETRIAL DETAINEE HOUSED AT THE WEST VALLEY DETENTION CENTER, IN UNIT #5 A HIGH SECURITY UNIT.

2) THAT,WEST VALLEY DETENTION CENTER PROHIBITS THE USE OF PERSONAL DISPOSAL RAZORS AND PROVIDES A RECHARGEABLE SHAVER DAILY AND BARBER EQUIPMENT.

3) THAT,WEST VALLEY DETENTION CENTER,PARTICULARILY IN UNIT#5 DO NOT PROVIDE ANY TYPE OF DISINFECTANT FOR THE SHAVER.

4) THAT,APPROXIMATELY 90 INMATES USE OR HAVE PHYSICAL ACCESS TO THE EQUIPMENT.

5) THAT,I PERSONALLY HAVE,OR BEEN INFORMED THAT OTHER INMATES USING THE SHAVING OR BARBERING EQUIPMENT HAVE ACTIVE HEPATITIS-C.

6) THAT,I PERSONALLY HAVE,OR BEEN INFORMED OF OTHER INMATES WHO HAVE FILED ADMINISTRATIVE COMPLAINTS CONCERNING THE UNSANITARY CONDITIONS OF THE EQUIPMENT.

I DECLARE THE FOREGOING IS TRUE AND CORRECT,EXECUTED THIS 15TH DAY OF DEC , 2007 , IN THE COUNTY OF SAN BERNARDINO CA.

Adam Lee Lopez
DECLARANT.

DECLARATION

I, Raymond Anguiano, (DECLARANT) BEING DULY SWORN DEPOSES AND STATES:


1) THAT, I AM A PRETRIAL DETAINEE HOUSED AT THE WEST VALLEY DETENTION CENTER, IN UNIT #5 A HIGH SECURITY UNIT.

2) THAT, WEST VALLEY DETENTION CENTER PROHIBITS THE USE OF PERSONAL DISPOSAL RAZORS AND PROVIDES A RECHARGEABLE SHAVER DAILY AND BARBER EQUIPMENT.

3) THAT, WEST VALLEY DETENTION CENTER, PARTICULARILY IN UNIT#5 DO NOT PROVIDE ANY TYPE OF DISINFECTANT FOR THE SHAVER.

4) THAT, APPROXIMATELY 90 INMATES USE OR HAVE PHYSICAL ACCESS TO THE EQUIPMENT.

5) THAT, I PERSONALLY HAVE, OR BEEN INFORMED THAT OTHER INMATES USING THE SHAVING OR BARBERING EQUIPMENT HAVE ACTIVE HEPATITIS-C.

6) THAT, I PERSONALLY HAVE, OR BEEN INFORMED OF OTHER INMATES WHO HAVE FILED ADMINISTRATIVE COMPLAINTS CONCERNING THE UNSANITARY CONDITIONS OF THE EQUIPMENT.




I DECLARE THE FOREGOING IS TRUE AND CORRECT, EXECUTED THIS 13TH DAY OF DECEMBER 2007 , IN THE COUNTY OF SAN BERNARDINO CA.

Raymond Anguiano

DECLARANT.

DECLARATION

I, _O'Bannon_____ ,(DECLARANT) BEING DULY SWORN DEPOSES AND STATES:


1) THAT, I AM A PRETRIAL DETAINEE HOUSED AT THE WEST VALLEY DETENTION CENTER,
IN UNIT #5 A HIGH SECURITY UNIT.

2) THAT,WEST VALLEY DETENTION CENTER PROHIBITS THE USE OF PERSONAL DISPOSAL
RAZORS AND PROVIDES A RECHARGEABLE SHAVER DAILY AND BARBER EQUIPMENT.

3) THAT,WEST VALLEY DETENTION CENTER,PARTICULARILY IN UNIT#5 DO NOT PROVIDE
ANY TYPE OF DISINFECTANT FOR THE SHAVER.

4) THAT,APPROXIMATELY 90 INMATES USE OR HAVE PHYSICAL ACCESS TO THE EQUIPMENT.

5) THAT,I PERSONALLY HAVE,OR BEEN INFORMED THAT OTHER INMATES USING THE SHAVING
OR BARBERING EQUIPMENT HAVE ACTIVE HEPATITIS-C.

6) THAT,I PERSONALLY HAVE,OR BEEN INFORMED OF OTHER INMATES WHO HAVE FILED
ADMINISTRATIVE COMPLAINTS CONCERNING THE UNSANITARY CONDITIONS OF THE EQUIPMENT.




I DECLARE THE FOREGOING IS TRUE AND CORRECT,EXECUTED THIS _12_ DAY OF _13_ ,
_200_ , IN THE COUNTY OF SAN BERNARDINO CA.         _____

                                              DECLARANT.

DECLARATION


I, _CHARLES MOORE_____ ,(DECLARANT) BEING DULY SWORN DEPOSES AND STATES:


1) THAT, I AM A PRETRIAL DETAINEE HOUSED AT THE WEST VALLEY DETENTION CENTER,
IN UNIT #5 A HIGH SECURITY UNIT.

2) THAT,WEST VALLEY DETENTION CENTER PROHIBITS THE USE OF PERSONAL DISPOSAL
RAZORS AND PROVIDES A RECHARGEABLE SHAVER DAILY AND BARBER EQUIPMENT.

3) THAT,WEST VALLEY DETENTION CENTER,PARTICULARILY IN UNIT#5 DO NOT PROVIDE
ANY TYPE OF DISINFECTANT FOR THE SHAVER.

4) THAT,APPROXIMATELY 90 INMATES USE OR HAVE PHYSICAL ACCESS TO THE EQUIPMENT.

5) THAT,I PERSONALLY HAVE,OR BEEN INFORMED THAT OTHER INMATES USING THE SHAVING
OR BARBERING EQUIPMENT HAVE ACTIVE HEPATITIS-C.

6) THAT,I PERSONALLY HAVE,OR BEEN INFORMED OF OTHER INMATES WHO HAVE FILED
ADMINISTRATIVE COMPLAINTS CONCERNING THE UNSANITARY CONDITIONS OF THE EQUIPMENT.




I DECLARE THE FOREGOING IS TRUE AND CORRECT,EXECUTED THIS _12_ DAY OF _13_ ,
_07_ , IN THE COUNTY OF SAN BERNARDINO CA.        _Charles R. Moore_

                                                       DECLARANT.

DECLARATION

I, FELIPE AKE 1405103446 65 ,(DECLARANT) BEING DULY SWORN DEPOSES AND STATES:

1) THAT, I AM A PRETRIAL DETAINEE HOUSED AT THE WEST VALLEY DETENTION CENTER, IN UNIT #5 A HIGH SECURITY UNIT.

2) THAT,WEST VALLEY DETENTION CENTER PROHIBITS THE USE OF PERSONAL DISPOSAL RAZORS AND PROVIDES A RECHARGEABLE SHAVER DAILY AND BARBER EQUIPMENT.

3) THAT,WEST VALLEY DETENTION CENTER,PARTICULARILY IN UNIT#5 DO NOT PROVIDE ANY TYPE OF DISINFECTANT FOR THE SHAVER.

4) THAT,APPROXIMATELY 90 INMATES USE OR HAVE PHYSICAL ACCESS TO THE EQUIPMENT.

5) THAT,I PERSONALLY HAVE,OR BEEN INFORMED THAT OTHER INMATES USING THE SHAVING OR BARBERING EQUIPMENT HAVE ACTIVE HEPATITIS-C.

6) THAT,I PERSONALLY HAVE,OR BEEN INFORMED OF OTHER INMATES WHO HAVE FILED ADMINISTRATIVE COMPLAINTS CONCERNING THE UNSANITARY CONDITIONS OF THE EQUIPMENT.

I DECLARE THE FOREGOING IS TRUE AND CORRECT,EXECUTED THIS 14 DAY OF DEC , 2007 , IN THE COUNTY OF SAN BERNARDINO CA.

DECLARANT.

DECLARATION

BK# 0411341349

I, JEREMY DISNEY_____ ,(DECLARANT) BEING DULY SWORN DEPOSES AND STATES:

1) THAT, I AM A PRETRIAL DETAINEE HOUSED AT THE WEST VALLEY DETENTION CENTER, IN UNIT #5 A HIGH SECURITY UNIT.

2) THAT, WEST VALLEY DETENTION CENTER PROHIBITS THE USE OF PERSONAL DISPOSAL RAZORS AND PROVIDES A RECHARGEABLE SHAVER DAILY AND BARBER EQUIPMENT.

3) THAT, WEST VALLEY DETENTION CENTER, PARTICULARILY IN UNIT#5 DO NOT PROVIDE ANY TYPE OF DISINFECTANT FOR THE SHAVER.

4) THAT, APPROXIMATELY 90 INMATES USE OR HAVE PHYSICAL ACCESS TO THE EQUIPMENT.

5) THAT, I PERSONALLY HAVE, OR BEEN INFORMED THAT OTHER INMATES USING THE SHAVING OR BARBERING EQUIPMENT HAVE ACTIVE HEPATITIS-C.

6) THAT, I PERSONALLY HAVE, OR BEEN INFORMED OF OTHER INMATES WHO HAVE FILED ADMINISTRATIVE COMPLAINTS CONCERNING THE UNSANITARY CONDITIONS OF THE EQUIPMENT.

I DECLARE THE FOREGOING IS TRUE AND CORRECT, EXECUTED THIS 14th DAY OF Dec. , 2007 , IN THE COUNTY OF SAN BERNARDINO CA.

DECLARANT.

DECLARATION

I, _Wayne A. Laffson_ ,(DECLARANT) BEING DULY SWORN DEPOSES AND STATES:


1) THAT, I AM A PRETRIAL DETAINEE HOUSED AT THE WEST VALLEY DETENTION CENTER,

IN UNIT #5 A HIGH SECURITY UNIT.

2) THAT,WEST VALLEY DETENTION CENTER PROHIBITS THE USE OF PERSONAL DISPOSAL

RAZORS AND PROVIDES A RECHARGEABLE SHAVER DAILY AND BARBER EQUIPMENT.

3) THAT,WEST VALLEY DETENTION CENTER,PARTICULARILY IN UNIT#5 DO NOT PROVIDE

ANY TYPE OF DISINFECTANT FOR THE SHAVER.

4) THAT,APPROXIMATELY 90 INMATES USE OR HAVE PHYSICAL ACCESS TO THE EQUIPMENT.

5) THAT,I PERSONALLY HAVE,OR BEEN INFORMED THAT OTHER INMATES USING THE SHAVING

OR BARBERING EQUIPMENT HAVE ACTIVE HEPATITIS-C.

6) THAT,I PERSONALLY HAVE,OR BEEN INFORMED OF OTHER INMATES WHO HAVE FILED

ADMINISTRATIVE COMPLAINTS CONCERNING THE UNSANITARY CONDITIONS OF THE EQUIPMENT.




I DECLARE THE FOREGOING IS TRUE AND CORRECT,EXECUTED THIS _16_ DAY OF _Dec_ ,

_2007_ , IN THE COUNTY OF SAN BERNARDINO CA.

DECLARANT.

DECLARATION


I, FRANK M. HERNANDEZ ,(DECLARANT) BEING DULY SWORN DEPOSES AND STATES:


1) THAT, I AM A PRETRIAL DETAINEE HOUSED AT THE WEST VALLEY DETENTION CENTER,

IN UNIT #5 A HIGH SECURITY UNIT.

2) THAT,WEST VALLEY DETENTION CENTER PROHIBITS THE USE OF PERSONAL DISPOSAL

RAZORS AND PROVIDES A RECHARGEABLE SHAVER DAILY AND BARBER EQUIPMENT.

3) THAT,WEST VALLEY DETENTION CENTER,PARTICULARILY IN UNIT#5 DO NOT PROVIDE

ANY TYPE OF DISINFECTANT FOR THE SHAVER.

4) THAT,APPROXIMATELY 90 INMATES USE OR HAVE PHYSICAL ACCESS TO THE EQUIPMENT.

5) THAT,I PERSONALLY HAVE,OR BEEN INFORMED THAT OTHER INMATES USING THE SHAVING

OR BARBERING EQUIPMENT HAVE ACTIVE HEPATITIS-C.

6) THAT,I PERSONALLY HAVE,OR BEEN INFORMED OF OTHER INMATES WHO HAVE FILED

ADMINISTRATIVE COMPLAINTS CONCERNING THE UNSANITARY CONDITIONS OF THE EQUIPMENT.




I DECLARE THE FOREGOING IS TRUE AND CORRECT,EXECUTED THIS 16TH DAY OF DEC. ,

2007 , IN THE COUNTY OF SAN BERNARDINO CA.        Frank M. Hernandez

                                                  BKG 0604343711

                                                        DECLARANT.

DECLARATION

I, Tristan D. Allan ,(DECLARANT) BEING DULY SWORN DEPOSES AND STATES:
#0504301376

1) THAT, I AM A PRETRIAL DETAINEE HOUSED AT THE WEST VALLEY DETENTION CENTER, IN UNIT #5 A HIGH SECURITY UNIT.

2) THAT,WEST VALLEY DETENTION CENTER PROHIBITS THE USE OF PERSONAL DISPOSAL RAZORS AND PROVIDES A RECHARGEABLE SHAVER DAILY AND BARBER EQUIPMENT.

3) THAT,WEST VALLEY DETENTION CENTER,PARTICULARILY IN UNIT#5 DO NOT PROVIDE ANY TYPE OF DISINFECTANT FOR THE SHAVER.

4) THAT,APPROXIMATELY 90 INMATES USE OR HAVE PHYSICAL ACCESS TO THE EQUIPMENT.

5) THAT,I PERSONALLY HAVE,OR BEEN INFORMED THAT OTHER INMATES USING THE SHAVING OR BARBERING EQUIPMENT HAVE ACTIVE HEPATITIS-C.

6) THAT,I PERSONALLY HAVE,OR BEEN INFORMED OF OTHER INMATES WHO HAVE FILED ADMINISTRATIVE COMPLAINTS CONCERNING THE UNSANITARY CONDITIONS OF THE EQUIPMENT.

I DECLARE THE FOREGOING IS TRUE AND CORRECT,EXECUTED THIS 16th DAY OF Dec , 2007 , IN THE COUNTY OF SAN BERNARDINO CA.

DECLARANT.

State of California
Medical Board
Complaint

In RE: San Bernardino County/ sheriffs.
   & medical care Providers.

I Levi Besheer (Here in After) Complaintant Comes Before the state of california medical Board & San Bernardino County/ Department of Health with this formal complaint, Declared upon under the penalty of perjury/ in the state of california.

I was Recieved at W.V.D.C in 2007. A local detention center defined in P.C. § 6031 as a pretrial detainee. Based on security/ classification I was placed in unit 5. A High security/ unit. In this particular unit, it is a Criminal offence. subject to prosecution. To use, Have, or in any manner possess a shaving Razor. Subsequently/ W.V.D.C. Provides a community/ razor and Barber equiptment. This equiptment is shared by three sections each containing 32 inmates. There is No disinfectant provided as perscribed By/ Institution Health & safty standards. Where inmates only means is to run water on the equiptment.

   On or around the month of September, after a blood test of my liver function by the medical Department, it was determend that I was Positive for "Hepatitis C."

1.

1  Complaintent has periodically on continuous bases taken
2  such Liver functioning test. Due to a specific medication
3  perscribed, and all test were 100% Negitive Prior to the
4  Positive test. Complaintent has been in the continued custody
5  of W.V.D.C. Absent of activites suseptable to Hepatitis
6  W.V.D.C. Has and continues to house inmates whom are
7  Positive with life threatening diseases with out warning to
8  others.
9
10  Complaintent has requested appropreate medical care and
11  was informed by W.V.D.C. medical, they only provide care
12  to inmates in the very last stages of the disease.
13
14  Complaintent request your Perfessionals in recieving
15  appropreate medical treatment.
16
17  I declare under the penalty of perjury, that the
18  foregoing is true and correct.
19
20                                    Levi Beshoer
                                       0703344215
21                                    Levi Beshoer
22                                    Date: 11·20·07
23
24
25
26
27
28

2

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO
RANCHO CUCAMONGA DISTRICT 8303 NORTH HAVEN AVENUE   RANCHO C

PEOPLE OF THE STATE OF CALIFORNIA,)
                       Plaintiff)
                                 )
              vs.               )
                                 )
LEVI ADAM BESHEER                )
                    Defendant)
                                 )

C O M M I T M E N T
P E N D I N G

Case No:  FWV036316

AKA:
DOB:  04/10/81
CHARGES: 1) 459 PC-F, 2) 459 PC-F, 3) 459 PC-F, 4) 245(D)(1) PC-F
5) 12021(A)(1) PC-F, 999) 667.5(B) PC-F, 999) 667.5(B) PC-F
--- MORE CHARGES for this Case/defendant ---
DATE: 12/07/07                                        DEPT:R5
                        JUDGE Ingrid A Uhler

TO:  SHERIFF, COUNTY OF SAN BERNARDINO
You are hereby ordered to receive said defendant forthwith into your
custody and detain said defendant until legally discharged.

Defense request for Defendant to receive medical attention Court
orders defendant have medical attention while in custody for medical
issues brought to court's attention.

DEFENDANT ORDERED TO RETURN ON:
DATE:01/25/08   TIME: 8:30 am   DEPT:R5
FOR: PRE-TRIAL

I certify the foregoing is a true copy of the order rendered by the
above-named Judge.            CLERK/ADMINISTRATOR:

(seal)        By: Bertha Salazar

## PRISONER AUTHORIZATION

If my request to proceed without prepayment of filing fees is granted, I understand that I am required by statue to pay the full amount of the filing fees for this case, regardless of my forma pauperis status and the disposition of this case. I further authorize the prison officials at this institution to assess, collect and forward to the Court the full amount of these fees, in monthly payments based on the average of deposits to or balance in my prison trust account in accordance with 28 U.S.C. Section 1915.

_____
Prisoner-Plaintiff (Signature)

## CERTIFICATE OF AUTHORIZED OFFICER

I hereby certify that the Prisoner-Plaintiff herein has credit in the sum of $ _198.73_____ on account at the _West Valley Detention Center_____ institution where Prisoner-Plaintiff is confined.

I further certify that during the past six months the applicant's average monthly balance was $_25.00___. I further certify that during the past six months the average of monthly deposits to the applicant's account was $ _86.00___.

A certified copy of the prisoner-plaintiff's trust account statement for the last six (6) months is attached.

_12·05·07_____
Date

_____
Authorized Officer of Institution (Signature)



# Trust Account Summary

San Bernardino County Sheriff
Jail Information Management System

**0703344215**
**BESHEER, LEVI A.**
**HMA**
**IN-CUSTODY**

12/5/2007 8:41 AM

| Total Deposits: | +815.00 | Total Withdrawls: | -616.27 | Balance: | $198.73 | Facility Adjust: | $0.00 |
| Medical Co-Pay: | $0.00 | Welfare Bag: | $0.00 | Jail Damage: | $0.00 | ID Card: | $0.00 |

| Date | Time | Amount | Type | Tran | Reference | Fiscal Officer | Facility |
|------|------|--------|------|------|-----------|----------------|----------|
| 03/27/07 | 14:40 | $0.00 | D | INTA | 03344215 | M SALTUS | 34 |
| 03/27/07 | 15:01 | $1.50 | W | WELF | DITTYBAG | C KELLEY | 34 |
| 04/01/07 | 17:11 | $40.00 | D | CIVI | 197 | R ABIVA | 34 |
| 04/01/07 | 19:41 | $60.00 | D | CIVI | 241 | R ABIVA | 34 |
| 04/03/07 | 03:02 | $24.12 | W | COMM | 10627317 | | 34 |
| 04/10/07 | 05:14 | $31.32 | W | COMM | 10651494 | | 34 |
| 04/13/07 | 05:36 | $3.00 | W | MDCP | 041207 | K KLEIN | 34 |
| 04/17/07 | 04:15 | $12.20 | W | COMM | 10672749 | | 34 |
| 04/18/07 | 21:21 | $200.00 | D | CIVI | 160 | R ABIVA | 34 |
| 04/20/07 | 06:42 | $3.00 | W | MDCP | 041807 | K KLEIN | 34 |
| 04/24/07 | 04:01 | $39.13 | W | COMM | 10696039 | | 34 |
| 05/01/07 | 03:30 | $21.93 | W | COMM | 10719324 | | 34 |
| 05/08/07 | 03:32 | $28.64 | W | COMM | 10741606 | | 34 |
| 05/15/07 | 02:46 | $32.68 | W | COMM | 10762664 | | 34 |
| 05/22/07 | 03:30 | $20.34 | W | COMM | 10781809 | | 34 |
| 05/24/07 | 13:18 | $3.00 | W | MDCP | 52307 | K JOHNSON | 34 |
| 05/29/07 | 06:45 | $31.72 | W | COMM | 10805679 | | 34 |
| 06/05/07 | 03:47 | $11.28 | W | COMM | 10827084 | | 34 |
| 06/12/07 | 04:18 | $5.25 | W | COMM | 10851464 | | 34 |
| 06/19/07 | 08:06 | $9.85 | W | COMM | 10874442 | | 34 |
| 06/26/07 | 01:45 | $10.83 | W | COMM | 10894868 | | 34 |
| 07/03/07 | 11:02 | $9.04 | W | COMM | 10920758 | | 34 |
| 07/05/07 | 05:52 | $3.00 | W | MDCP | 062907 | R ABIVA | 34 |
| 07/18/07 | 16:30 | $47.00 | D | CIVI | 68 | A GAYTAN | 34 |
| 07/24/07 | 07:05 | $12.25 | W | COMM | 10983112 | | 34 |
| 07/31/07 | 05:48 | $10.83 | W | COMM | 11002316 | | 34 |
| 08/07/07 | 04:46 | $11.29 | W | COMM | 11008959 | | 34 |
| 08/08/07 | 13:20 | $50.00 | D | CIVI | 37 | K JOHNSON | 34 |

| Date | Time | Amount | Type | Tran | Reference | Fiscal Officer | Facility |
|------|------|--------|------|------|-----------|----------------|----------|
| 08/10/07 | 10:19 | $3.00 | W | MDCP | 080907 | K JOHNSON | 34 |
| 08/14/07 | 05:48 | $14.84 | W | COMM | 11015500 | | 34 |
| 08/21/07 | 06:02 | $10.65 | W | COMM | 11021957 | | 34 |
| 08/28/07 | 05:09 | $31.00 | W | COMM | 11028293 | | 34 |
| 09/03/07 | 16:31 | $40.00 | D | CIVI | 30 | R ABIVA | 34 |
| 09/04/07 | 05:45 | $10.65 | W | COMM | 11034111 | | 34 |
| 09/11/07 | 11:02 | $24.94 | W | COMM | 11043170 | | 34 |
| 09/17/07 | 13:15 | $40.00 | D | CIVI | 17 | M UDO | 34 |
| 09/23/07 | 03:07 | $10.65 | W | COMM | 11054138 | | 34 |
| 09/25/07 | 03:35 | $25.63 | W | COMM | 11056824 | | 34 |
| 10/02/07 | 04:31 | $8.60 | W | COMM | 11063341 | | 34 |
| 10/05/07 | 12:34 | $40.00 | D | CIVI | 51 | J DOUCETTE | 34 |
| 10/09/07 | 02:45 | $22.63 | W | COMM | 11069467 | | 34 |
| 10/16/07 | 03:46 | $14.58 | W | COMM | 11076298 | | 34 |
| 10/23/07 | 01:15 | $2.05 | W | COMM | 11082533 | | 34 |
| 10/27/07 | 17:31 | $43.00 | D | CIVI | 122 | M UDO | 34 |
| 10/30/07 | 02:46 | $10.65 | W | COMM | 11089126 | | 34 |
| 11/02/07 | 06:47 | $3.00 | W | MDCP | 110107 | K JOHNSON | 34 |
| 11/02/07 | 14:49 | $40.00 | D | CIVI | 77 | K JOHNSON | 34 |
| 11/06/07 | 03:34 | $14.25 | W | COMM | 11095770 | | 34 |
| 11/13/07 | 04:36 | $16.05 | W | COMM | 11102100 | | 34 |
| 11/17/07 | 13:54 | $40.00 | D | CIVI | 76 | M UDO | 34 |
| 11/19/07 | 02:15 | $9.05 | W | COMM | 11108315 | | 34 |
| 11/27/07 | 03:31 | $16.05 | W | COMM | 11114904 | | 34 |
| 12/02/07 | 15:43 | $15.00 | W | MDCP | 11/30/07 | K JOHNSON | 34 |
| 12/02/07 | 18:50 | $75.00 | D | CIVI | 218 | K JOHNSON | 34 |
| 12/02/07 | 20:10 | $100.00 | D | CIVI | 240 | K JOHNSON | 34 |
| 12/04/07 | 03:30 | $16.80 | W | COMM | 11121658 | | 34 |

Exibits

☑ WVDC
☐ GHRC
☐ CDC
☐ Other:

**SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT**
## HEALTH SERVICES REQUEST

_11·5·07_                  _Beaver_          _Levi_

**DATE**                **LAST NAME**       **FIRST**              **MIDDLE**
(Fecha)                 (Apellido)          (Primer Nombre)        (Segundo)

_0703344215_                        _4·10·81_              _S D 10_

**BOOKING NUMBER**                  **DATE OF BIRTH**      **HOUSING LOCATION**
(Numero De Prisionero)              (Fecha de nacimiento)  (Unidad de vivienda)

**CHECK ONE BOX:**      ☑ **MEDICAL**       ☐ **DENTAL**          ☐ **MENTAL HEALTH**
(Marque una)            (Medico)            (Dental)              (Sanidad Mental)

**PROBLEM:**    I have previously put in slips on both my knee and
(Problema)

**ALLERGIES:**
(Alergias)
**WHEN WAS YOUR LAST VISIT TO THE JAIL NURSE OR DOCTOR?**
(¿Cuando fue la ultima visita con el doctor o enfermera?)
**WHEN IS YOUR NEXT COURT DATE?**
(¿Cuando es la proxima fecha que va a corte?)

**THERE WILL BE A CO-PAY FEE OF $3.00 FOR INMATE-INITIATED, NON-EMERGECY HEALTH CARE SERVICES PROVIDED.  CERTAIN HEALTH CARE SERVICES ARE EXEMPT FROM THE FEE.**
(HAY UN CARGO DE TRES DOLARES POR SERVICIOS MEDICOS SOLICITADOS POR PRISIONERO QUE NO SEAN CASOS DE EMERGENCIA. CIERTOS SERVICIOS DE CUIDADO DE SALUD SON EXCLUIDOS DEL CARGO.)

**Inmate's Signature:**
(Firma)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### MEDICAL STAFF RESPONSE

RN/MD S/C (DATE): _____          Dental/Mental Health Referral  ☐

_____

_____

Date            Time            Health Care Provider

Distribution:        White/Yellow – Medical Staff            Pink – Inmate

**SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT**
**Detention and Corrections Bureau**

☑ WVDC
☐ CDC
☐ GHRC
☐ _____

☑ **INITIAL INMATE GRIEVANCE**

☐ **GRIEVANCE APPEAL**

Inmate's Name _____   Booking # _____

Housing Location _____   Date of Complaint _____

Date of Incident _____   Time of Incident _____   Location of Incident _____

I recently tested positive for Hep C. Your medical staff have failed to treat me in anything for me. I was told Nothing can be done until it comes a critical stage. It sounds like your county doesn't want to spend money to treat inmates at this facility until they then become a liability and are forced to help because the inmates life could be jeopardized. There are medications to treat / cure people of this Hep C. And you are not helping me.

I've also requested in a written slip that I recieve a note or letter from you (your medical doctor). I am asking that it state that I do have Hep C and that it can cause liver problems and it can become a terminal disease. My lawyer wants something in writing. They're trying to get me into a program. So please help me.    thank you

(ATTACH ADDITIONAL PAGES IF NEEDED)

Inmate Signature _____   Date 11/3/07

Received By _____   Date 11/3/07   Time 1940
Employee's Name (please print)

Grievance # _____   Date _____   Assigned to _____

Original:  Inmate's Booking Jacket          Copy:  Inmate          Copy:  Administration

ASU#050401

**SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT**
**Detention and Corrections Bureau**

☐ WVDC
☐ CDC
☐ GHRC
☐ _____

☐ **INITIAL INMATE GRIEVANCE**

☐ **GRIEVANCE APPEAL**

---

Inmate's Name _____     Booking # _____

Housing Location ___5-0-10___     Date of Complaint _____

Date of Incident _____   Time of Incident _____   Location of Incident __unit 5__

I Beshees am not being treated for the Hep title, e that
I have, I find it rather odd considering I caught it in
this facility. I've been having blood work done for month
now, to test my liver function. It was spoted Hep C
threw one of my tests of liver function. Then they tested
me for Hep C. I came back positive. That proves I
cought it within this facility. I am asking to be
treated. All this having to wait until it becomes in
critical stage, is pure malpractice. There is medeans
to treat this and I want them.

_____

_____

_____

_____

(ATTACH ADDITIONAL PAGES IF NEEDED)

Inmate Signature _____     Date __11-8-07__

---

Received By _____     Date _____   Time _____
             Employee's Name (please print)

Grievance # _____   Date _____   Assigned to _____

---

Original:  Inmate's Booking Jacket          Copy:  Inmate          Copy:  Administration

ASU#050401

☐ WVDC
☐ GHRC
☐ CDC
☐ Other:

**SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT**
## *HEALTH SERVICES REQUEST*



**DATE**
(Fecha)

**LAST NAME**
(Apellido)

**FIRST**
(Primer Nombre)

**MIDDLE**
(Segundo)

**BOOKING NUMBER**
(Numero De Prisionero)

**DATE OF BIRTH**
(Fecha de nacimiento)

**HOUSING LOCATION**
(Unidad de vivienda)

**CHECK ONE BOX:**     ☐ **MEDICAL**     ☐ **DENTAL**     ☐ **MENTAL HEALTH**
(Marque una)                 (Medico)              (Dental)              (Sanidad Mental)

**PROBLEM:**
(Problema)

**ALLERGIES:**
(Alergias)
**WHEN WAS YOUR LAST VISIT TO THE JAIL NURSE OR DOCTOR?**
(¿Cuando fue la ultima visita con el doctor o enfermera?)
**WHEN IS YOUR NEXT COURT DATE?**
(¿Cuando es la proxima fecha que va a corte?)

***THERE WILL BE A CO-PAY FEE OF $3.00 FOR INMATE-INITIATED, NON-EMERGECY HEALTH CARE SERVICES PROVIDED.  CERTAIN HEALTH CARE SERVICES ARE EXEMPT FROM THE FEE.***
*(HAY UN CARGO DE TRES DOLARES POR SERVICIOS MEDICOS SOLICITADOS POR PRISIONERO QUE NO SEAN CASOS DE EMERGENCIA. CIERTOS SERVICIOS DE CUIDADO DE SALUD SON EXCLUIDOS DEL CARGO.)*

**Inmate's Signature:**
(Firma)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### *MEDICAL STAFF RESPONSE*

RN/MD S/C (DATE): _____          Dental/Mental Health Referral  ☐

Date          Time          Health Care Provider

Distribution:          White/Yellow – Medical Staff          Pink – Inmate

☑ WVDC
☐ GHRC
☐ CDC
☐ Other:

**SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT**
**_HEALTH SERVICES REQUEST_**

11-22-07          Badreel          Levi

| **DATE** | **LAST NAME** | **FIRST** | **MIDDLE** |
|---|---|---|---|
| (Fecha) | (Apellido) | (Primer Nombre) | (Segundo) |

0703344215          4-10-51          5 D10

| **BOOKING NUMBER** | **DATE OF BIRTH** | **HOUSING LOCATION** |
|---|---|---|
| (Numero De Prisionero) | (Fecha de nacimiento) | (Unidad de vivienda) |

**CHECK ONE BOX:**   ☑ **MEDICAL**       ☐ **DENTAL**       ☐ **MENTAL HEALTH**
(Marque una)            (Medico)              (Dental)              (Sanidad Mental)

**PROBLEM:** My medically ordered High Nutrition Low Lactose Diet
(Problema)
has not been coming. I am a inmate of medical needs, the officers
called down to the kitchen today and they said my diet was canceled.
If this is true, why? I am also on a B12 Shot that I get once a month, Multi
Vitamin, Pancrease MT 4, And Prevacid DR 3C MG. I had surgery where they remove a big portion
of intestines, Because of this I have difficulty maintaining weight.

**ALLERGIES:** Milk
(Alergias)

**WHEN WAS YOUR LAST VISIT TO THE JAIL NURSE OR DOCTOR?** _____
(¿Cuando fue la ultima visita con el doctor o enfermera?)

**WHEN IS YOUR NEXT COURT DATE?** _____ 12-7-07
(¿Cuando es la proxima fecha que va a corte?)

**_THERE WILL BE A CO-PAY FEE OF $3.00 FOR INMATE-INITIATED, NON-EMERGECY HEALTH CARE SERVICES PROVIDED. CERTAIN HEALTH CARE SERVICES ARE EXEMPT FROM THE FEE._**
_(HAY UN CARGO DE TRES DOLARES POR SERVICIOS MEDICOS SOLICITADOS POR PRISIONERO QUE NO SEAN CASOS DE EMERGENCIA. CIERTOS SERVICIOS DE CUIDADO DE SALUD SON EXCLUIDOS DEL CARGO.)_

**Inmate's Signature:** _____
(Firma)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### _MEDICAL STAFF RESPONSE_

RN/MD S/C (DATE): _____          Dental/Mental Health Referral  ☐

_____

_____

| Date | Time | Health Care Provider |
|---|---|---|

Distribution:      White/Yellow – Medical Staff          Pink – Inmate



**SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT**
**Detention and Corrections Bureau**

☑ WVDC
☐ CDC
☐ GHRC
☐ _____

☑ **INITIAL INMATE GRIEVANCE**

☐ **GRIEVANCE APPEAL**

---

Inmate's Name  Levi Beshers          Booking #  07033442\5

Housing Location  5 D 10          Date of Complaint  11·22·07

Date of Incident  11·22·07    Time of Incident  Lunch    Location of Incident  Unit 5

**EXPLAIN YOUR COMPLAINT (include dates, times and names of persons involved)**

I inmate Beshers am a inmate of medical issues & needs. I have been on a high Nutrition low carb Diet all this year, and the last time I was here, from the end of 2005 to the end beginning of 2007. That booking number was 0500306297. To day I was told my medical Diet has been canceled. Why do you persist on putting my health & well being at jeopardy? I am currently receiving a monthly B12 shot. Thorazine M, Pancrease MT 4, prevacid DR 30. I had surgery where they removed a long portion of my intestions my body has trouble taking in the nutrition from food so I have trouble maintaining my weight. I am also allergic to milk. I need your help! Please don't jeopardize my health and well being. I have a sincere medical condition & I need to be treated & provided for. Thank you for your time

*(ATTACH ADDITIONAL PAGES IF NEEDED)*

Inmate Signature  Levi Beshers          Date  11·22·07

**DO NOT WRITE BELOW THIS LINE – STAFF USE ONLY**

Received By  J. Mc___
          Employee's Name (please print)          Date  11/22/07   Time  1900

Grievance # _____   Date _____   Assigned to _____

---

Original:  Inmate's Booking Jacket          Copy:  Inmate          Copy:  Administration

ASU#050401



☐ WVDC
☐ GHRC
☐ CDC
☐ Other:

## SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
### HEALTH SERVICES REQUEST

**DATE**
(Fecha)

**LAST NAME**
(Apellido)

**FIRST**
(Primer Nombre)

**MIDDLE**
(Segundo)

**BOOKING NUMBER**
(Numero De Prisionero)

**DATE OF BIRTH**
(Fecha de nacimiento)

**HOUSING LOCATION**
(Unidad de vivienda)

**CHECK ONE BOX:**   ☒ **MEDICAL**        ☐ **DENTAL**        ☐ **MENTAL HEALTH**
(Marque una)            (Medico)              (Dental)              (Sanidad Mental)

**PROBLEM:** Doctor Illegas Requested Nine vials of my blood be take
(Problema) to test me for liver function, Hepatitis levels, thyroid and blood
clots. I want these results. Also what type of treatment
do you offer for Hepatitis

**ALLERGIES:** Milk
(Alergias)

**WHEN WAS YOUR LAST VISIT TO THE JAIL NURSE OR DOCTOR?** ?
(¿Cuando fue la ultima visita con el doctor o enfermera?)

**WHEN IS YOUR NEXT COURT DATE?** 12-7-07
(¿Cuando es la proxima fecha que va a corte?)

***THERE WILL BE A CO-PAY FEE OF $3.00 FOR INMATE-INITIATED, NON-EMERGECY HEALTH CARE SERVICES PROVIDED. CERTAIN HEALTH CARE SERVICES ARE EXEMPT FROM THE FEE.***
*(HAY UN CARGO DE TRES DOLARES POR SERVICIOS MEDICOS SOLICITADOS POR PRISIONERO QUE NO SEAN CASOS DE EMERGENCIA. CIERTOS SERVICIOS DE CUIDADO DE SALUD SON EXCLUIDOS DEL CARGO.)*

**Inmate's Signature:**
(Firma)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### MEDICAL STAFF RESPONSE

RN/MD S/C (DATE): _____          Dental/Mental Health Referral   ☐

_____     _____     _____

Date          Time          Health Care Provider

Distribution:      White/Yellow – Medical Staff          Pink – Inmate



# SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
## Detention and Corrections Bureau

☑ WVDC
☐ CDC
☐ GHRC
☐ _____

☐ **INITIAL INMATE GRIEVANCE**

☐ **GRIEVANCE APPEAL**

Inmate's Name _____   Booking # _____

Housing Location _____   Date of Complaint _____

Date of Incident _____   Time of Incident _____   Location of Incident _____

**EXPLAIN YOUR COMPLAINT** (include dates, times and names of persons involved)

_____

(ATTACH ADDITIONAL PAGES IF NEEDED)

Inmate Signature _____   Date _____

**DO NOT WRITE BELOW THIS LINE – STAFF USE ONLY**

Received By _____   Date _____   Time _____
Employee's Name (please print)

Grievance # _____   Date _____   Assigned to _____

Original:  Inmate's Booking Jacket          Copy:  Inmate          Copy:  Administration

ASU#050401



- ☑ WVDC
- ☐ GHRC
- ☐ CDC
- ☐ Other:

## SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
## *HEALTH SERVICES REQUEST*

11-26-07    Basheer    Levi'

**DATE**          **LAST NAME**        **FIRST**              **MIDDLE**
(Fecha)          (Apellido)           (Primer Nombre)        (Segundo)

0703344215                   4 10 81            S.D.50

**BOOKING NUMBER**           **DATE OF BIRTH**         **HOUSING LOCATION**
(Numero De Prisionero)       (Fecha de nacimiento)     (Unidad de vivienda)

**CHECK ONE BOX:**   ☑ **MEDICAL**      ☐ **DENTAL**      ☐ **MENTAL HEALTH**
(Marque una)        (Medico)          (Dental)          (Sanidad Mental)

**PROBLEM:** My Hi Nutrition Low lacto diet was discontinued
(Problema)  I find that odd because I was sitting next to the doctor when
he wrote permanate, I need this diet to maintain my health & well
being. you are jeopardizing my health & well being by making me go through
your weigh in process twice from 2 different times I've been here and have gotten

**ALLERGIES:** my diet both times since 05
(Alergias)

**WHEN WAS YOUR LAST VISIT TO THE JAIL NURSE OR DOCTOR?** 12 7 07
(¿Cuando fue la ultima visita con el doctor o enfermera?)

**WHEN IS YOUR NEXT COURT DATE?**
(¿Cuando es la proxima fecha que va a corte?)

*THERE WILL BE A CO-PAY FEE OF $3.00 FOR INMATE-INITIATED, NON-EMERGECY HEALTH CARE SERVICES PROVIDED. CERTAIN HEALTH CARE SERVICES ARE EXEMPT FROM THE FEE.*

*(HAY UN CARGO DE TRES DOLARES POR SERVICIOS MEDICOS SOLICITADOS POR PRISIONERO QUE NO SEAN CASOS DE EMERGENCIA. CIERTOS SERVICIOS DE CUIDADO DE SALUD SON EXCLUIDOS DEL CARGO.)*

**Inmate's Signature:** _____
(Firma)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### *MEDICAL STAFF RESPONSE*

RN/MD S/C (DATE): _____      Dental/Mental Health Referral ☐

_____

_____

_____

Date _____   Time _____   Health Care Provider _____

Distribution:      White/Yellow – Medical Staff        Pink – Inmate

*follow up*



☐ WVDC
☐ GHRC
☐ CDC
☐ Other:

**SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT**
## *HEALTH SERVICES REQUEST*

11·27·07      Besheer      Levi

**DATE**          **LAST NAME**          **FIRST**          **MIDDLE**
(Fecha)         (Apellido)           (Primer Nombre)    (Segundo)

0703344215                    4.10.81          S D 10

**BOOKING NUMBER**            **DATE OF BIRTH**      **HOUSING LOCATION**
(Numero De Prisionero)        (Fecha de nacimiento)  (Unidad de vivienda)

**CHECK ONE BOX:**  ☑ **MEDICAL**      ☐ **DENTAL**      ☐ **MENTAL HEALTH**
(Marque una)      (Medico)          (Dental)          (Sanidad Mental)

**PROBLEM:** I've been having nose bleeds & coughing up
(Problema)  flem with blood in it. I dont know if this
is part of the symphthoms of having Hep. C. Which
I just get a couple months back, or what the deal is.

**ALLERGIES:** _____
(Alergias)
**WHEN WAS YOUR LAST VISIT TO THE JAIL NURSE OR DOCTOR?** _____
(¿Cuando fue la ultima visita con el doctor o enfermera?)
**WHEN IS YOUR NEXT COURT DATE?**      12·7·07
(¿Cuando es la proxima fecha que va a corte?)

***THERE WILL BE A CO-PAY FEE OF $3.00 FOR INMATE-INITIATED, NON-EMERGECY HEALTH CARE SERVICES PROVIDED.  CERTAIN HEALTH CARE SERVICES ARE EXEMPT FROM THE FEE.***
*(HAY UN CARGO DE TRES DOLARES POR SERVICIOS MEDICOS SOLICITADOS POR PRISIONERO QUE NO SEAN CASOS DE EMERGENCIA.  CIERTOS SERVICIOS DE CUIDADO DE SALUD SON EXCLUIDOS DEL CARGO.)*

**Inmate's Signature:** _____
(Firma)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*MEDICAL STAFF RESPONSE*

RN/MD S/C (DATE): _____      Dental/Mental Health Referral  ☐

_____

_____

_____

Date _____   Time _____   Health Care Provider _____

Distribution:    White/Yellow – Medical Staff          Pink – Inmate

☐ WVDC
☐ GHRC
☐ CDC
☐ Other:

**SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT**
## HEALTH SERVICES REQUEST

#5

*12-6-07*            *Brewer*            *Levi*

**DATE**            **LAST NAME**            **FIRST**            **MIDDLE**
(Fecha)            (Apellido)            (Primer Nombre)            (Segundo)

*0700344218*                    *11-10-51*            *S D 10*

**BOOKING NUMBER**            **DATE OF BIRTH**            **HOUSING LOCATION**
(Numero De Prisionero)            (Fecha de nacimiento)            (Unidad de vivienda)

**CHECK ONE BOX:**    ☑ **MEDICAL**        ☐ **DENTAL**        ☐ **MENTAL HEALTH**
(Marque una)        (Medico)            (Dental)            (Sanidad Mental)

**PROBLEM:** To Doctor Haga: You set up a appointment to speak with me on
(Problema) the 4th But you never came. I need those results of all the
blood test done on 11-15-07. Your medical tested my liver function, thyroid,
thiroid, and blood etc. and I went to the hospital today I need the
results on that as well. We really need to speak in person Haga.
← ultra sound of liver.

**ALLERGIES:** Milk
(Alergias)
**WHEN WAS YOUR LAST VISIT TO THE JAIL NURSE OR DOCTOR?** _____
(¿Cuando fue la ultima visita con el doctor o enfermera?)
**WHEN IS YOUR NEXT COURT DATE?**                    *12-7-07*
(¿Cuando es la proxima fecha que va a corte?)

***THERE WILL BE A CO-PAY FEE OF $3.00 FOR INMATE-INITIATED, NON-EMERGECY HEALTH CARE SERVICES PROVIDED. CERTAIN HEALTH CARE SERVICES ARE EXEMPT FROM THE FEE.***
*(HAY UN CARGO DE TRES DOLARES POR SERVICIOS MEDICOS SOLICITADOS POR PRISIONERO QUE NO SEAN CASOS DE EMERGENCIA. CIERTOS SERVICIOS DE CUIDADO DE SALUD SON EXCLUIDOS DEL CARGO.)*

**Inmate's Signature:** _____
(Firma)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### MEDICAL STAFF RESPONSE

RN/MD S/C (DATE): *12/8/07*            Dental/Mental Health Referral ☐

You have been re-scheduled with
Dr. Haga                    M. Paul RN

**Date** _____    **Time** _____    **Health Care Provider** _____

Distribution:    White/Yellow – Medical Staff        Pink – Inmate

☑ WVDC
☐ GHRC
☐ CDC
☐ Other:

**SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT**
## HEALTH SERVICES REQUEST

**DATE** ~~12-6-07~~    **LAST NAME** Brewer    **FIRST** Levi    **MIDDLE**
(Fecha)              (Apellido)            (Primer Nombre)    (Segundo)

**BOOKING NUMBER** 0703344215    **DATE OF BIRTH** 4 10 81    **HOUSING LOCATION** SD 10
(Numero De Prisionero)            (Fecha de nacimiento)        (Unidad de vivienda)

**CHECK ONE BOX:** ☑ **MEDICAL**    ☐ **DENTAL**    ☐ **MENTAL HEALTH**
(Marque una)          (Medico)          (Dental)          (Sanidad Mental)

**PROBLEM:** To Doctor Haga: You set up a appointment to speak with me on
(Problema) the 4th But you never came. I need those results of all the
blood test done on 11-15-07. Your medical tested my liver function, Hepl...
thyroid, and blood clots. I also went to the hospital today, I need th...
results on that as well. We really need to speak in person Haga.
              ✗ ultra sound of liver.

**ALLERGIES:** Milk
(Alergias)

**WHEN WAS YOUR LAST VISIT TO THE JAIL NURSE OR DOCTOR?** _____
(¿Cuando fue la ultima visita con el doctor o enfermera?)

**WHEN IS YOUR NEXT COURT DATE?** _____ 12·7·07
(¿Cuando es la proxima fecha que va a corte?)

**THERE WILL BE A CO-PAY FEE OF $3.00 FOR INMATE-INITIATED, NON-EMERGECY HEALTH CARE SERVICES PROVIDED.  CERTAIN HEALTH CARE SERVICES ARE EXEMPT FROM THE FEE.**
*(HAY UN CARGO DE TRES DOLARES POR SERVICIOS MEDICOS SOLICITADOS POR PRISIONERO QUE NO SEAN CASOS DE EMERGENCIA. CIERTOS SERVICIOS DE CUIDADO DE SALUD SON EXCLUIDOS DEL CARGO.)*

**Inmate's Signature:** _____
(Firma)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## MEDICAL STAFF RESPONSE

RN/MD S/C (DATE): _____    Dental/Mental Health Referral ☐

_____

_____

_____

| Date | Time | Health Care Provider |
|------|------|----------------------|

**Distribution:**    White/Yellow – Medical Staff    Pink – Inmate



☑ WVDC
☐ GHRC
☐ CDC
☐ Other:

**SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT**
## HEALTH SERVICES REQUEST

*12-7-07*  *Beshear*  *Levi*

| **DATE** | **LAST NAME** | **FIRST** | **MIDDLE** |
|---|---|---|---|
| (Fecha) | (Apellido) | (Primer Nombre) | (Segundo) |

*C70334415*  *41051*  *S D 10*

| **BOOKING NUMBER** | **DATE OF BIRTH** | **HOUSING LOCATION** |
|---|---|---|
| (Numero De Prisionero) | (Fecha de nacimiento) | (Unidad de vivienda) |

**CHECK ONE BOX:** ☑ **MEDICAL**    ☐ **DENTAL**    ☐ **MENTAL HEALTH**
(Marque una)        (Medico)       (Dental)       (Sanidad Mental)

**PROBLEM:** *I've been feeling very weak, I am to the point*
(Problema)
*where I must take a couple naps a day. My excaping is hard*
*to lack of energy. This is part of my ongoing medical problem, which I told*
*when you are not treating me for. If you still doesn't want to treat me*
*then how do I go about recieving out side medical care*

**ALLERGIES:** *Milk*
(Alergias)

**WHEN WAS YOUR LAST VISIT TO THE JAIL NURSE OR DOCTOR?** _____
(¿Cuando fue la ultima visita con el doctor o enfermera?)

**WHEN IS YOUR NEXT COURT DATE?** *12-13-08*
(¿Cuando es la proxima fecha que va a corte?)

***THERE WILL BE A CO-PAY FEE OF $3.00 FOR INMATE-INITIATED, NON-EMERGECY HEALTH CARE SERVICES PROVIDED. CERTAIN HEALTH CARE SERVICES ARE EXEMPT FROM THE FEE.***
*(HAY UN CARGO DE TRES DOLARES POR SERVICIOS MEDICOS SOLICITADOS POR PRISIONERO QUE NO SEAN CASOS DE EMERGENCIA. CIERTOS SERVICIOS DE CUIDADO DE SALUD SON EXCLUIDOS DEL CARGO.)*

**Inmate's Signature:** _____
(Firma)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### MEDICAL STAFF RESPONSE

RN/MD S/C (DATE): _____      Dental/Mental Health Referral ☐

_____

_____

_____

| Date | Time | Health Care Provider |
|---|---|---|

Distribution:    White/Yellow – Medical Staff      Pink – Inmate



Medical

## SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
### Detention and Corrections Bureau

☑ WVDC
☐ CDC
☐ GHRC
☐ _____

☐ **INITIAL INMATE GRIEVANCE**
☑ **GRIEVANCE APPEAL**

Inmate's Name  Levi Basheer          Booking # 07053344210

Housing Location  5 D 10          Date of Complaint  12-7-07

Date of Incident  on going    Time of Incident  on going   Location of Incident  Unit 5

**EXPLAIN YOUR COMPLAINT** (include dates, times and names of persons involved)

I Basheer am a pretrial detainee. I have filed 3
grievences towards medical that all have gone unanswered.
The first two were filed 11-5-07 11-5-07. Both requesting
medical treatment for the Hepititus C that I contracted here
at WVDC, those two grievences are over a month old
with no answer and no remedy to my medical needs. The
third grievence that has not been answered was filed 11-25-07
is to my medical file not being copied and release to my family
so they can have our family/doctor review my file. I signed all the
proper paper work on 11-16-07 to have my file copied & released,
Idot since it is obvious the medical staff of WVDC don't
want to treat me, then how do I go about recieving out
side medical care threw our family doctor. I would like
all my grievence answered

(ATTACH ADDITIONAL PAGES IF NEEDED)

Inmate Signature  Levi Basheer          Date  12-7-07

**DO NOT WRITE BELOW THIS LINE – STAFF USE ONLY**

Received By  S. Moreno          Date          Time
          Employee's Name (please print)

Grievance # _____     Date _____     Assigned to _____

Original: Inmate's Booking Jacket          Copy: Inmate          Copy: Administration

ASU#050401



**SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT**
## *HEALTH SERVICES REQUEST*

- ☑ WVDC
- ☐ GHRC
- ☐ CDC
- ☐ Other:

12·10·07    Bechtet                Levi

| **DATE** (Fecha) | **LAST NAME** (Apellido) | **FIRST** (Primer Nombre) | **MIDDLE** (Segundo) |
|---|---|---|---|

07033442l5                        4 10 81              S D 10

| **BOOKING NUMBER** (Numero De Prisionero) | **DATE OF BIRTH** (Fecha de nacimiento) | **HOUSING LOCATION** (Unidad de vivienda) |
|---|---|---|

**CHECK ONE BOX:**  ☑ **MEDICAL**  ☐ **DENTAL**  ☐ **MENTAL HEALTH**
(Marque una)      (Medico)      (Dental)      (Sanidad Mental)

**PROBLEM:** I would like for my Hepatitis C levels to be checked
(Problema)    so we know how ~~be~~ early of a stage its in.

**ALLERGIES:** _____
(Alergias)
**WHEN WAS YOUR LAST VISIT TO THE JAIL NURSE OR DOCTOR?** _____
(¿Cuando fue la ultima visita con el doctor o enfermera?)
**WHEN IS YOUR NEXT COURT DATE?**          1 25 07
(¿Cuando es la proxima fecha que va a corte?)

***THERE WILL BE A CO-PAY FEE OF $3.00 FOR INMATE-INITIATED, NON-EMERGECY HEALTH CARE SERVICES PROVIDED. CERTAIN HEALTH CARE SERVICES ARE EXEMPT FROM THE FEE.***
*(HAY UN CARGO DE TRES DOLARES POR SERVICIOS MEDICOS SOLICITADOS POR PRISIONERO QUE NO SEAN CASOS DE EMERGENCIA. CIERTOS SERVICIOS DE CUIDADO DE SALUD SON EXCLUIDOS DEL CARGO.)*

**Inmate's Signature:** _____
(Firma)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### *MEDICAL STAFF RESPONSE*

RN/MD S/C (DATE): _____        Dental/Mental Health Referral ☐

_____

_____

| Date | Time | Health Care Provider |
|---|---|---|

Distribution:    White/Yellow – Medical Staff        Pink – Inmate



# SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
## Detention and Corrections Bureau

☑ WVDC
☐ CDC
☐ GHRC
☐ _____

☑ **INITIAL INMATE GRIEVANCE**

☐ **GRIEVANCE APPEAL**

Inmate's Name _____     Booking # _____

Housing Location _____     Date of Complaint _____

Date of Incident _____   Time of Incident _____   Location of Incident _____

**EXPLAIN YOUR COMPLAINT** (include dates, times and names of persons involved)

I, Brown, am a pretrial detainee. Here in unit 5, shaving razors are prohibited so a communal/electric razor is provided. It is shared with 4 sections, each section containing 32 inmates. When the electric shaver is placed in the sections, no disinfectant is made ready to be used with it. Our only means of cleaning this shaver is to run water over it. I recently contracted Hepatitis C. And I did not have it when I first got here, as my many liver & blood test showed no signs. I went around to let other inmates know to be cautious of such utensils provided by WVDC. And I came to find out a my other inmates also have Hep C. Some thing must be done, you have an epidemic break out happening back here. Disinfectant must be placed in the sections & made ready & available with the electric shaver. Same goes with the hair clippers.

(ATTACH ADDITIONAL PAGES IF NEEDED)

Inmate Signature _____     Date 12-10-07

**DO NOT WRITE BELOW THIS LINE – STAFF USE ONLY**

Received By _____     Date 12/11/07   Time 730
Employee's Name (please print)

Grievance # _____   Date _____   Assigned to _____

Original: Inmate's Booking Jacket          Copy: Inmate          Copy: Administration

ASU#050401



**SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT**
**Detention and Corrections Bureau**

☑ WVDC
☐ CDC
☐ GHRC
☐ _____

☑ **INITIAL INMATE GRIEVANCE**

☐ **GRIEVANCE APPEAL**

Inmate's Name  LeVi Drasheer                     Booking # 070334415

Housing Location  5 D 10              Date of Complaint  12 10 07

Date of Incident  ongoing    Time of Incident  ongoing    Location of Incident  unit 5

**EXPLAIN YOUR COMPLAINT** (include dates, times and names of persons involved)

I Believe am a pretrial detainee, I was seen by a Doctor earlier but today I was given blood test. I am on a medication (Pancrease MT 4) which is hard on the liver and requires liver function blood test once a month. I've been here since May '07 and they've conducted many of these blood test that have all been alright, and not set any alarms off, up until September & October some thing there set off a alarm of High Levels within my liver, they tested me for Hepatitis C and it showed up positive. While reviewing my chart today, there is only 1 and two liver function test but Both of which are with elevated levels, I would like to see and review all the other liver test that were conducted that were OK and did not set off such alarms, Why are those not in my medical file as well.

(ATTACH ADDITIONAL PAGES IF NEEDED)

Inmate Signature  Levi Drasheer                     Date  12·10·07

**DO NOT WRITE BELOW THIS LINE – STAFF USE ONLY**

Received By  C MRSch              Date  12/11/07  Time  930

Employee's Name (please print)

Grievance # _____  Date _____  Assigned to _____

Original: Inmate's Booking Jacket          Copy: Inmate          Copy: Administration

ASU#050401

**SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
DETENTION AND CORRECTIONS BUREAU**

☒ WVDC Medical
☐ GHRC Medical
☐ CDC Medical
☐ ADC Medical

# INMATE MEDICAL
# GRIEVANCE INVESTIGATION

Date __12/11/07__                    Grievance # __0734MG12008__

Inmate's Name  __Besheer, Levi__                    Booking # __0703344215__

Investigation Conducted By  __P. Stafford, RN, Supervisor__          Employee # _____

## SUMMARY OF COMPLAINT AND FINDINGS

**Complaint;  You say you have been tested positive for hepatitis C.  You believe you caught it here.  You want to be treated for this.  You believe this is malpractice.**

**Findings;  A review of your medical record confirms you do have hep c.  You are scheduled to be seen by the chronic disease doctor this week here at WVDC.  You also have been scheduled to see the doctor at the medical center that specializes in this problem.**

## ACTION TAKEN

**You may talk to the doctor this week regarding treatment plan.**

Reviewed By _____          Approved By _____
                    Nursing Supervisor                                      Health Services Administrator

Written reply given to inmate on _____ At _____ By _____
                                                    Date                    Time                    Print Name

This complaint has been discussed with me and I have been advised of the findings.

_____                    _____
        Inmate Signature                                                      Date

☐ Original:  Inmate's Medical Record          ☐ Copy:  Inmate

ASU#050402M

**SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
DETENTION AND CORRECTIONS BUREAU**

☒ WVDC Medical
☐ GHRC Medical
☐ CDC Medical
☐ ADC Medical

# INMATE MEDICAL
# GRIEVANCE INVESTIGATION

5D11

| | |
|---|---|
| Date  **12/11/07** | Grievance #  **0734MG12007** |
| Inmate's Name  **Besheer, Levi** | Booking #  **0703344215** |
| Investigation Conducted By  **P. Stafford, RN, Supervisor** | Employee # |

### SUMMARY OF COMPLAINT AND FINDINGS

**Complaint;  You say you have been tested positive for hepatitis C.  You want to be treated for this medical condition.  You would also like something in writing about this to give to your lawyer.**

**Findings;  A review of your medical record indicates you have had lab work done.  You have had an abdominal ultasound done.  You are scheduled to seen the chronoc disease doctor this week  at WVDC. You are scheduled to see the GI doctor at ARMC.**

### ACTION TAKEN

**You may talk to the doctor this week regarding written information for your personal doctor.**

Reviewed By _____     Approved By _____
          Nursing Supervisor II                    Health Services Administrator

Written reply given to inmate on _____ At _____ By _____
                                    Date              Time            Print Name

This complaint has been discussed with me and I have been advised of the findings.

_____          _____
          Inmate Signature                              Date

☐ Original:  Inmate's Medical Record          ☐ Copy:  Inmate

ASU#050402M

**SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT**
**DETENTION AND CORRECTIONS BUREAU**

☒ WVDC Medical
☐ GHRC Medical
☐ CDC Medical
☐ ADC Medical

# INMATE MEDICAL
# GRIEVANCE INVESTIGATION

Date **12/11/07**                                      Grievance # **0734MG12010**

Inmate's Name **Besheer, Levi**                        Booking # **0703344215**

Investigation Conducted By **P. Stafford, RN, Supervisor**          Employee # _____

## SUMMARY OF COMPLAINT AND FINDINGS

**Complaint;  You say you requested a copy of your medical records be placed on your property.  You want to have these records released to your family.  You believe these records have never been copied or placed on your property.**

**Findings;  I spoke to the medical records technician today.  She confimed that she personally copied your medical record and placed them on your property on 11/30/07.**

## ACTION TAKEN

**You need to talk to cusody staff regarding proper procedure for these records to be released from your property to your family.**

Reviewed By _____          Approved By _____
                    Nursing Supervisor II                               Health Services Administrator

Written reply given to inmate on _____ At _____ By _____
                                        Date                Time              Print Name

This complaint has been discussed with me and I have been advised of the findings.

_____          _____
          Inmate Signature                                    Date

☐ Original:  Inmate's Medical Record          ☐ Copy:  Inmate

ASU#050402M

## SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
## DETENTION AND CORRECTIONS BUREAU

☐ ADC
☒ WVDC
☐ CDC
☐ GHRC
☐ OTHER _____

## INMATE GRIEVANCE INVESTIGATION

Date  **12/17/07**

Grievance #  **0734G12058**

Inmate's Name  **Levi Besheer**

Booking #  **0703344215**

Investigation Conducted By  **Sgt. R. Dorrough**

Employee #  **D0478**

### SUMMARY OF COMPLAINT AND FINDINGS

Inmate alleges the electric razors and hair clippers are not disinfected after each use.

FINDINGS:  All units with electric razors or hair clippers should have "CaviCide" to spray on these items. Inmate should ask for it from the unit staff.

INMATE COPY PLEASE DELIVER

### ACTION TAKEN

Units will be advised to have "CaviCide" available.

Reviewed By  _P.L._
Duty Lieutenant

Approved By  _Lt. P. leshe 12-18-07_
Facility Administrator

Written reply given to inmate on  _12/807_   At  _1505_   By  _J. CARRILLO_
Date          Time          Print Name

This complaint has been discussed with me and I have been advised of the findings.

_____
Inmate Signature

_____
Date

☐ Original:  Inmate's Booking Jacket          ☐ Copy:  Inmate          ☐ Copy:  Administration